[No. 23988-8-III.   Division Three.   May 25, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. MARTIN RAY BROWN, *Appellant.*

Appeal from a judgment of the Superior Court for Douglas County, No. 04-1-00190-4, John Hotchkiss, J., entered March 14, 2005. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown and Kulik, JJ.

[No. 24054-1-III.   Division Three.   May 25, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. GARY ALLAN WEISELL, *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. 03-1-00781-4, Evan E. Sperline, J., entered March 22, 2005. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, A.C.J., and Kato, J.

[No. 24065-7-III.   Division Three.   May 25, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. MARK EUGENE MILLER, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 02-1-02773-4, Neal Q. Rielly, J., entered April 6, 2005. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown and Kulik, JJ.

[No. 52794-1-I.   Division One.   May 30, 2006.]

*In the Matter of the Personal Restraint of* DEAN V. SALZER, *Petitioner.*

Petition for relief from personal restraint. *Granted* by unpublished opinion per Ellington, J., concurred in by Baker and Cox, JJ.